plied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

### Commonwealth v. Moore, Appellant.

Argued March 17, 1970. *David Rudovsky*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth v. Moore, Appellant.

Argued March 24, 1970. *Arthur F. Earley*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had